United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 9, 2003**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

**No. 03-60105
Summary Calendar**

**KWOK HUNG TANG,**

**Petitioner,**

**versus**

**JOHN ASHCROFT, U.S. ATTORNEY GENERAL,**

**Respondent.**

**Petition for Review of an Order of the
Board of Immigration Appeals
(A76 391 999)**

Before BARKSDALE, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

KOOK Hung Tang petitions for review of an order of the Board of Immigration Appeals (BIA) denying his motion to reopen. He contends that the evidence attached to the motion demonstrates: circumstances in Hong Kong have changed since his removal order was issued; and he will be persecuted by the government if he returns to Hong Kong.

Tang has failed to produce material evidence that would establish his prima facie case for asylum or withholding of removal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

based upon changed conditions in Hong Kong.  *See* **INS v. Diehard**, 502 U.S. 314, 322-23 (1992).  Therefore, he has not established that the BIA abused its discretion in denying his motion to reopen. *See* **Eye v. Ashcroft**, 293 F.3d 899, 904 (5th Cir. 2002); **Bahraini v. United States Immigration and Naturalization Service**, 782 F.2d 1243, 1244 (5th Cir.), *cert. denied*, 479 U.S. 930 (1986).

***DENIED***
